IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SYPOLT, TRUDY'S CAFÉ, LLC, and PHASE IV-D, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 19-cv-5991 |
| THE ILLINOIS GAMING BOARD, CHARLES SCHMADEKE, STEVEN DOLINS, RUBEN RAMIREZ, JR., DIONNE HAYDEN, ANTHONY GARCIA, MARCUS FRUCHTER, THOMAS HOBGOOD, FIDEL AGUILAR, MARK OSTROWSKI, DONALD TRACY, HECTOR ALEJANDRE, THOMAS DUNN, and DEE ROBINSON, | ) ) ) ) ) ) ) ) ) ) | Honorable Andrea R. Wood |
| Defendants. | ) | |

**MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Federal Rule of Civil Procedure 25(a), Kevin Sypolt, by his undersigned attorneys, moves for an order substituting the Estate of Thomas Hobgood, deceased, as a Defendant in this matter in place of Defendant Thomas Hobgood, deceased.

1. Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).

2. Thomas Hobgood died intestate on May 9, 2022.

3. At the time of his death, Thomas Hobgood was a Defendant in the instant action.

4. On January 20, 2023, Kevin Sypolt was appointed independent administrator of the Estate of Thomas Hobgood, deceased. A copy of the Letters of Office showing the appointment is attached hereto as Exhibit A.

5. Kevin Sypolt is also a creditor of Thomas Hobgood.

6. The claims in this matter are not extinguished. *See* 755 ILCS § 5/27-6; *Williams v. Palmer*, 177 Ill. App. 3d 799, 802 (3d Dist. 1988); *McGill v. Lazzaro*, 62 Ill. App. 3d 151, 152-54 (1st Dist. 1978); *LaFlamboy v. Landek*, 2009 WL 10695379, at *4 (N.D. Ill. April 23, 2009); *Blonstein v. Hamill Prop. P'ship*, 2012 IL App (1st) 092035-U, ¶ 40.

WHEREFORE, plaintiff Kevin Sypolt respectfully requests the Court to enter an order substituting the Estate of Thomas Hobgood, deceased, for Thomas Hobgood as a defendant in this action.

Dated: February 15, 2023

Respectfully submitted,

*s/ Matthew P. Tyrrell*
Matthew P. Tyrrell
matthew.tyrrell@sfbbg.com
Daniel E. Beederman
daniel.beederman@sfbbg.com
Richard M. Goldwasser
richard.goldwasser@sfbbg.com
Mark A. Flessner
mark.flessner@sfbbg.com
SCHOENBERG FINKEL BEEDERMAN BELL GLAZER LLC
300 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
(312) 648-2300
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I, Matthew P. Tyrrell, an attorney, certify that I caused a copy of the foregoing **PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY** to be to be served on all attorneys of record in this matter via ECF/Pacer electronic transmission on February 15, 2023.

MICHAEL D. ARNOLD
MARGARET JONES
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3720
Michael.Arnold@ilag.gov
margaret.jones@ilag.gov
Counsel for Defendants Thomas Hobgood, Fidel Aguilar, and Mark Ostrowski

SUNIL SHASHIKANT BHAVE
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-2098
sunil.bhave@ilag.gov
Counsel for Defendants Thomas Hobgood, Fidel Aguilar, and Mark Ostrowski

Emily Kaminsky
Robbins DiMonte, Ltd.
180 N. LaSalle St., Suite 3300
Chicago, IL 60601
(312) 782-9000
ekaminski@robbinsdimonte.com

              *s/ Matthew P. Tyrrell*

# EXHIBIT A

Letters of Office – Decedent's Estate  CCP 0415

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – PROBATE DIVISION

Estate of

Thomas Hobgood

Deceased

Case Number: 2022P006117

Docket:

Page:

## ORIGINAL

LETTERS OF OFFICE – DECEDENT'S ESTATE

  Kevin Sypolt    has been appointed   Independent   Administrator, of the estate of  Thomas Hobgood , deceased, who died  Monday, 05/09/2022   , and is authorized to take possession of and collect the estate of the decedent and to all acts required by law.

No Assets To Leave The State of Illinois Without Prior Court Approval.

LS

Witness: 01/20/2023
IRIS Y MARTINEZ
Clerk of the Circuit Court

CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate. .

Daisy Bethany at Probate Division

Witness: Friday, 01/20/2023

**IRIS Y MARTINEZ**
Clerk of Court

IRIS Y MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Printed: 1/20/2023 10:48 AM

# EXHIBIT A

Date of Death: 5/9/22

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT – PROBATE DIVISION

Case No. 2022 P 6117     Calendar 25

Estate of THOMAS HOBGOOD, Deceased

## ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE

On the **PETITION** of KEVIN SYPOLT
[printed name of the Petitioner]

for issuance of Letters of Administration, the Court having been advised that the proposed representative is qualified to act as administrator under §9-1 of the Probate Act of 1975 [755 ILCS 5/9-1];

**IT IS ORDERED THAT:**

A. Letters of Administration issue to KEVIN SYPOLT as
[printed name of the proposed representative]

- ☐ Supervised Administrator — 4232
- ☐ Supervised Administrator to Collect — 4249
- ☐ Supervised Administrator de bonis non — 4237
- ☐ Supervised Co-Administrators — 4227
- ■ Independent Administrator — 4230
- ☐ Independent Administrator to Collect — 4248
- ☐ Independent Administrator de bonis non — 4236
- ☐ Independent Co-Administrators — 4231

B. The representative present to the Court:

☐ 1. an **INVENTORY** as required by §14-1 of the Probate Act of 1975 [755 ILCS 5/14-1] by, or shall appear before the Court on, _____, at ____ M; ☐ 4192
[not more than 60 days after the date of this Order]

☐ 2. an **ACCOUNT** as required by §24-1 of the Probate Act of 1975 [755 ILCS 5/24-1] by, or shall appear before the Court on, _____, at ____ M; ☐ 4297
[not more than 14 months after the date of this Order]

■ 3. a **FINAL REPORT** as required by §28-11 of the Probate Act of 1975 [755 ILCS 5/28-11] by, or shall appear before the Court to present a written status report on, 3/20/24, at 10 A M ☑ 4297
[not more than 14 months after the date of this Order]

☑ If the representative is a nonresident, no assets shall leave the State of Illinois without court order, and the representative's attorney shall act as the representative's resident agent and accept service of process, notice or demand required or permitted by law. ☑ 4262

Attorney Number 99688
Name Emily Kaminski
Firm Name Robbins DiMonte, Ltd.
Attorneys for Petitioner
Address 180 N. LaSalle St. Suite 3300
City/State/Zip Chicago, IL 60601
Telephone 312-782-9000
Email ekaminski@robbinsdimonte.com

**ENTERED:**

_____, 20 ___

ENTERED
Judge James Patrick Murphy-1933
JAN 20 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

1933 [Judge's number]

4103

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT – PROBATE DIVISION

Case No. 2022 P 6117   Calendar 25

Estate of THOMAS HOBGOOD
Deceased

## ORDER DECLARING HEIRSHIP

After considering evidence concerning heirship, the Court declares that the following are the only heirs of the decedent:

KYLEY HOBGOOD (daughter)

Attorney Number 99688
Name Emily Kaminski
Firm Name Robbins DiMonte, Ltd.
Attorneys for Petitioner
Address 180 N LaSalle St. Suite 3300
City/State/Zip Chicago, IL 60601
Telephone 312-782-9000
Email ekaminski@robbinsdimonte.com

ENTERED:

_____, 20____

[Judge] 1933 [Judge's number]

ENTERED
Judge James Patrick Murphy-1933
JAN 20 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

CCP-0305 (12/01/20)    Iris Y. Martinez, Clerk of the Circuit Court of Cook County    Page 1 of 1

□ 4159

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT – PROBATE DIVISION

Case No. __2022 P 6117__    Calendar __25__

Estate of __THOMAS HOBGOOD__

## OATH AND BOND OF REPRESENTATIVE – SURETY

I, __KEVIN SYPOLT__,

on oath state that I will faithfully discharge the duties of the office of representative. I and the undersigned surety company or companies jointly and severally bind ourselves to the People of the State of Illinois to the faithful discharge of those duties.

The obligation of this bond is limited to $ __1,000.00__

/s/ __[signature]__
[signature of representative]

__1912 Rolling Dunes Ct.__
[address]

__Las Vegas, NV 89117__
[city/state/zip]

Signed and sworn to before me by the Representative on __January 9th__, 20__23__.

Official Seal
Camille M Scalia
Notary Public State of Illinois
My Commission Expires 10/29/2023

/s/ __Camille M Scalia__ (Notary Public)

### SURETY COMPANY OR COMPANIES

__[name of surety company]__    [name of surety company]

/s/ __[signature]__
Attorney-in-Fact    [address]    [address]

[city/state/zip]    [city/state/zip]

/s/ ____    /s/ ____
[signature of designated agent of surety company]    [signature of designated agent of surety company]

[printed name of designated agent of surety company]    [printed name of designated agent of surety company]

Attorney Number __99688__
Name __Emily Kaminski__
Firm Name __Robbins DiMonte, Ltd.__
Attorneys for __Petitioner__
Address __180 N LaSalle St. Suite 3300__
City/State/Zip __Chicago, IL 60601__
Telephone __312-782-9000__
Email __ekaminski@robbinsdimonte.com__

APPROVED:

_____, 20____

ENTERED
Judge James Patrick Murphy-1933    __1933__ [Judge's number]

JAN 20 2023

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

CCP-0312 (12/01/20)    Iris Y. Martinez, Clerk of the Circuit Court of Cook County    Page 1 of 1

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.



Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: 8200928-977094

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, **Sam M. Filpi, Daniel Madden, Paul A. Morris, Michael C. Strening, William R. Strening**

all of the city of __Evanston__ state of __Illinois__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __16th__ day of __April__, __2019__.

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

State of PENNSYLVANIA
County of MONTGOMERY  ss

On this __16th__ day of __April__, __2019__ before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __19th__ day of __JAN__, __2023__.

By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS-12873 LMIC OCIC WAIC Multi Co_062018